UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NICHOLAS J. GENOVESE,                                              :
:
:
Plaintiff,                                                         :
:    25-CV-2704 (JMF)
-v-                                                                :
:    ORDER
:
SECURITIES AND EXCHANGE COMMISSION,                                :
:
Defendant.                                                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 18, 2025 Order, ECF No. 22, Plaintiff was required to file either an amended complaint or an opposition to Defendant's Motion to Dismiss, ECF No. 18, no later than September 22, 2025. To date, as far as the Court is aware, Plaintiff has not filed either. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 14, 2025**. Failure to file an amended complaint or opposition by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: October 1, 2025
       New York, New York
                                            JESSE M. FURMAN
                                          United States District Judge