UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

NICHOLAS J. GENOVESE,

                        Plaintiff,

          -v-

SECURITIES AND EXCHANGE COMMISSION,

                    Defendant.

------------------------------------------------------------------------X

25-CV-2704 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's November 25, 2025 Order, ECF No. 28, Plaintiff was required to file either an amended complaint or an opposition to Defendant's motion to dismiss, ECF No. 18, no later than December 11, 2025.  To date, Plaintiff does not appear to have filed either.  The Court has already granted several extensions of this deadline.  *See* ECF Nos. 23, 28.  As a final courtesy, the deadline is hereby EXTENDED, *nunc pro tunc*, to **January 6, 2026**.  Defendant shall file its response pursuant to ECF No. 22 no later than **January 20, 2026**.

       **Failure by Plaintiff to file an amended complaint or opposition to the motion to dismiss by the Court's deadline will likely result in the case being dismissed for failure to prosecute and/or as abandoned.**

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: December 22, 2025
      New York, New York

                              JESSE M. FURMAN
                          United States District Judge