**MOTION TO REDACT HOME ADDRESS**

Plaintiff moves to redact my home address from all docket entries and replace with P.O. Box 31132 Chicago, IL 60631 for privacy (BOP home confinement, safety concerns).

Nicholas J. Genovese

January 29, 2026

Application DENIED.  Although the Court is sympathetic to Plaintiff's concerns, the cat is long out of the bag - it would be impracticable, if not impossible, to remove Plaintiff's address from the public record at this point.  Put differently, the time to request redaction of the address (or to use a different address) was long ago.  The Clerk of Court is directed to terminate ECF No. 34 and mail this endorsed letter to Plaintiff (at his new address, which is now reflected on the docket).

SO ORDERED.

February 4, 2026

RECEIVED
FEB - 2 2026
PRO SE OFFICE

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL 60631
JAN 29, 2026

**$6.08**

S2324E501171-11

10007

RDC 99

**Retail**

UNITED STATES POSTAL SERVICE

RECEIVED
SDNY PRO SE OFFICE
2026 FEB -2 PM 4: 10

USM P3
SDNY

**CERTIFIED MAIL®**

9589 0710 5270 1192 3987 43

NICHOLAS GENOVESE
P.O. Box 31132
CHICAGO, IL 60631

SDNY Pro Se Intake Unit
500 Pearl Street, Room 200
New York, NY 10007

10007-131699