**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
NICHOLAS J. GENOVESE,

                              Plaintiff,

              -against-                                    25 **CIVIL** 2704 (JMF)

                                                          **JUDGMENT**

SECURITIES AND EXCHANGE COMMISSION,

                              Defendant.
--------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Opinion & Order dated February 17, 2026,  the

Commission's motion to dismiss Genovese's complaint is GRANTED because the Court

lacks subject-matter jurisdiction to hear three of Genovese's challenges to the

Commission's administrative proceedings and the other two challenges fail as a matter

of law. Accordingly, Genovese's motions for an emergency stay and preliminary

injunction are DENIED as moot and the case is closed.

**Dated:** New York, New York
         February 19, 2026


                                            TAMMI M. HELLWIG
                                      _____
                                            Clerk of Court

                          BY: _____
                                            Deputy Clerk